

MONTANA THIRTEENTH JUDICIAL DISTRICT COURT, YELLOWSTONE COUNTY

| PENDER WEST CREDIT 1 REIT, L.L.C., | |
|---|---|
| Plaintiff, | Cause No. DV 19-1461 |
| -vs- | Judge Gregory R. Todd |
| KHAN REAL ESTATE LLC, MANSOOR A. KHAN, WESTERN INN MOTEL LLC, and CREDIBLY, | **ORDER TO SHOW CAUSE** |
| Defendants. | |

**TO: KHAN REAL ESTATE LLC, MANSOOR A. KHAN, WESTERN INN MOTEL LLC and CREDIBLY**

On October 22, 2019, Plaintiff Pender West Credit 1 Reit, L.L.C. filed: (i) a Foreclosure Complaint, Claim for Delivery, and for the Appointment of a Receiver; (ii) an Application for the Appointment of Receiver and Motion For A Show Cause Hearing; (iii) a Memorandum in Support of its Application for the Appointment of a Receiver; (iv) a Motion for a Show Cause Hearing for Claim and Delivery; (v) a Brief in Support of its Motion for a Show Cause Hearing for Claim and Delivery; and (vi) the Affidavit of Zachary W. Murphy in Support of Receiver Application.

GOOD CAUSE APPEARING, the Court shall hold a Show Cause Hearing on the 15th day of November, 2019, at 3:00 o'clock p.m. in the Courtroom of the Thirteenth Judicial District, Yellowstone County, at 316 North 26th, Billings, Montana 59101.

1

Defendants are ordered to appear and show cause, if any, why the Court should not grant the Application of Plaintiff for the Appointment of a Receiver and why the Court should not grant the Motion of Plaintiff for Claim and Delivery in this civil action. A copy of this Show Cause Order shall be served upon Defendants.

DATED this 22nd day of October, 2019.

_Gregory R. Todd_
Honorable Gregory R. Todd

COPY TO:

Doug James
Keturah Shaules
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Attorneys for Plaintiff

4823-0885-9306, v. 1