CLERK OF THE
DISTRICT COURT
TERRY HALPIN

2019 OCT 30 PM 2 00

FILED
BY
DEPUTY

MONTANA, THIRTEENTH JUDICIAL DISTRICT COURT

YELLOWSTONE COUNTY

| | |
|---|---|
| Pender West Credit 1 Reit, LLC ) | Case No. DV 2019-1461 |
| Plaintiff, ) | Judge |
| ) | |
| Vs. ) | ORDER FOR SERVICE OF PROCESS BY |
| ) | MONTANA SECRETARY OF STATE |
| Khan Real Estate LLC, Mansoor A. ) | |
| Khan, Western Inn Motel, LLC and | |
| Credibly, | |
| Defendants. | |

Plaintiff having filed an affidavit pursuant to Montana Rules of Civil Procedure 4(j)(3)(A), the Montana Thirteenth Judicial District Court Clerk directs that service of process is made upon the Montana Secretary of State or in the Secretary of State's absence upon the Montana Deputy Secretary of State. This action is taken pursuant to Montana Rule of Civil Procedure 4(j)(5)(A).

The Montana Secretary of State is further directed to effect service pursuant to Montana Rule of Civil Procedure 4(j)(6)(A).

Addresses known to this office are detailed below:

Khan Real Estate LLC
3311 2nd Avenue North
Billings, Montana 59101

O:/Forms

Western Inn Motel LLC

3311 2nd Avenue North

Billings, Montana 59101

DONE AND DATED this 30th day of October, 2019.

Terry Halpin

Clerk of District Court

(SEAL)

By: *[signature]*

Deputy Clerk

**Robyn Schierholt**

O:/Forms