IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PENDER WEST CREDIT 1 REIT, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KHAN REAL ESTATE, LLC, MANSOOR A. KHAN, WESTERN INN MOTEL, LLC, CREDIBLY,<br><br>　　　　　Defendants. | CV 19-126-BLG-SPW-TJC<br><br>**ORDER** |

　　Plaintiff has filed an unopposed motion for Zach Murphy to appear telephonically or by video at the hearing set for June 3, 2020 at 10:00 a.m. (Doc. 34.) Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's witness, Zach Murphy, shall be allowed to appear by video at the hearing. Plaintiff's counsel shall contact the Court's IT department at (406) 247-7000, to make arrangements to set up the videoconference.

　　In the event videoconferencing is not available, Mr. Murphy may participate in the hearing by dialing into the Court's conference line at the scheduled hearing time:

　　　　Dial:　　　　(877) 848-7030
　　　　Access Code:　　5492555#

DATED this 21st day of May, 2020.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　TIMOTHY J. CAVAN
　　　　　　　　　　　　　　　　United States Magistrate Judge