IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PENDER WEST CREDIT 1 REIT, LLC,<br><br>              Plaintiff,<br><br>vs.<br><br>KHAN REAL ESTATE, LLC, MANSOOR A. KHAN, WESTERN INN MOTEL, LLC, CREDIBLY,<br><br>              Defendants. | CV 19-126-BLG-SPW-TJC<br><br>**ORDER** |

Defendants Khan Real Estate, LLC and Western Inn Motel, LLC have filed an unopposed motion for Katy Black to appear telephonically or by video at the hearing on June 3, 2020 at 10:00 a.m. (Doc. 39.) Good cause appearing, IT IS HEREBY ORDERED that Defendants' witness, Katy Black, shall be allowed to appear by video at the hearing. Defendants' counsel shall promptly contact the Court's IT department at (406) 247-7000, to make arrangements to set up the videoconference.

In the event videoconferencing is not available, Ms. Black may participate in the hearing by calling the Court's conference line at the scheduled hearing time:

        Dial:            (877) 848-7030
        Access Code:   5492555#

DATED this 28th day of May, 2020.

                                                    _____
                                                      TIMOTHY J. CAVAN
                                                      United States Magistrate Judge