

FILED

AUG 2 1 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PENDER WEST CREDIT 1 REIT, LLC, | CV 19-126-BLG-SPW |
| Plaintiff, | ORDER |
| vs. | |
| KHAN REAL ESTATE, LLC, MANSOOR A. KHAN, WESTERN INN MOTEL, LLC and CREDIBLY, | |
| Defendants. | |

On August 20, 2020, Khan Real Estate, LLC, submitted a notice indicating that Khan Real Estate filed for bankruptcy under Chapter 11 of the United States Bankruptcy Code. (Doc. 62). Accordingly, the Court orders this case stayed pursuant to 11 U.S.C. § 362.

DATED this 20th day of August, 2019.

SUSAN P. WATTERS
United States District Judge

1