IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PENDER WEST CREDIT 1 REIT, L.L.C., <br><br>Plaintiff, <br><br>-vs- <br><br>KHAN REAL ESTATE LLC, WESTERN INN MOTEL LLC, and CREDIBLY, <br><br>Defendants. | Cause No. 1:19-cv-00126-SPW-TJC <br><br><br>**ORDER** |

Pursuant to Pender West Credit 1 Reit, L.L.C's, Khan Real Estate LLC's and Western Inn Motel LLC's Joint Motion to Dismiss with Prejudice (Doc. 64), and for good cause appearing,

IT IS HEREBY ORDERED that the Parties' Joint Motion to Dismiss **WITH PREJUDICE** is **GRANTED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 9th day of October, 2020.

SUSAN P. WATTERS
U.S. District Court Judge